**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:   Case No. 21-18481-MAM
  Chapter 7
NITV LLC,

      Debtor(s)      /

Elwood Gary Baker,

    Plaintiff(s)   Adversary Proceeding No: 22-1092-MAM

vs.

NITV Federal Services, LLC, Lourdes Irimia, and Charles Humble,

      Defendant(s)      /

**REPORT OF MEDIATOR**

The undersigned court-appointed mediator, reports to the court as follows:

    A.    A mediation conference was conducted on **May 24, 2022**

    B.    _____    The parties reached an impasse.

    C.    **X**    The parties settled all issues. Complete global settlement which was agreed to, recorded and acknowledged as binding by all parties.

    D.    _____    The conference was continued and an additional mediation conference will be scheduled.

    E.    _____    The matter was settled prior to mediation conference.

    F.    _____    Other:

Attendance:
Parties and Counsel present: All that were required.

Dated: May 24, 2022

*/s/ Paul G. Hyman*
Signature of Mediator
Hon. Paul G. Hyman
Print Name
1515 N. Flagler Drive, Room 801
Address
West Palm Beach, FL 33401
City, State, Zip Code

Copies to:

Eyal Berger, Esq is hereby directed to serve a copy of this report of mediator on all interested parties and file a Certificate of Service thereof.

LF-54 (rev. 12/01/09)