UNITED STATES BANKRUPCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In the Matter of:                                      Case No. 21-18481-MAM

NITV, LLC,                                             Chapter 7

    Debtor.

_____/

Elwood Gary Baker

    Plaintiff,                                      Adversary No.: 22-01092 - MAM

vs.

NITV, Federal Services, LLC, Lourdes Irimia, and

Charles Humble

    Defendant(s)

_____/

AGREED MOTION
TO REMAND TO STATE COURT, DENYING ALL OUTSTANDING MOTIONS AS MOOT AND DIRECTING CLERK TO CLOSE FILE

Michael R. Bakst, Trustee in Bankruptcy for Debtor, NITV, LLC, (Hereinafter, "Trustee") by and through his undersigned attorneys, and pursuant to the Settlement Agreement of the parties files this AGREED Motion to Remand to State Court, Denying All Outstanding Motions as Moot and Directing Clerk to Close File and in support hereof states:

1. At the time of its Chapter 7 filing, Debtor NITV LLC was already a defendant in "proceedings supplementary" to a State Court action entitled "ELWOOD GARY

1

BAKER vs. NITV, LLC and NITV FEDERAL SERVICES, LLC, LOURDES IRIMIA, JAMES KANE and CHARLES HUMBLE" and assigned Palm Beach County, Circuit Court Case Number: 50 2005 CA 001771 XXXX MB AE (Hereinafter, the "State Court Collection/Supplementary Proceeding/Action").

2. On December 31, 2021, Trustee filed a Motion (in the State Court Collection/Supplementary Proceeding/Action) to Intervene on Behalf of the Bankruptcy Creditors of Debtor.

3. On February 23, 2022 the Third Party Defendants in the State Court Collection/Supplementary Proceeding/Action removed that case to this Honorable Court.

4. On or about August, 2022, the parties to the instant adversary proceeding (including the Trustee in Bankruptcy) and Plaintiff and Defendant(s) in the State Court Collection/Supplementary Proceeding/Action all entered a Settlement Agreement.

5. A copy of said Settlement Agreement was attached to the Trustee in Bankruptcy's 9019 Motion that was filed in the underlying Chapter 7 matter [ECF # 42 in 21-18481 MAM) and served in the instant adversary proceeding [ECF # 16].

6. On October 25, 2022, Trustee's 9019 Motion was Granted [ECF # 49 in 21-18481 MAM] and the parties to the Settlement Agreement were ordered to comply with its terms.

7. Pursuant to paragraph 8 of the Settlement Agreement, the parties agreed to

"submit an agreed motion and order remanding the Amended Complaint to the State Court Action."

8. Thereafter, pursuant to paragraph 9 of the Settlement Agreement, the Trustee and parties have agreed to dismiss said State Court Collection/Supplementary Proceeding/Action - subject to the State Court retaining jurisdiction to enforce the terms of the Settlement Agreement.

9. Thus, there will be no further judicial labor required by this Court as to this Adversary Proceeding, and its file may be closed.

**WHEREFORE,** Michael R. Bakst, Trustee in Bankruptcy for Debtor, NITV, LLC, respectfully requests this Court enter an agreed order:

A. Remanding the Amended Complaint to the State Court;

B. Denying any and all outstanding Motions as Moot; and

C. Directing the Clerk to close the instant case file.

### CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional requirements to practice in this Court as set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was is being filed with the court's electronic filing system on this 9th Day of November, 2022 and thus served on those parties listed below.

**Electronic Mail Notice List:**

**Amanda Klopp and Eyal Berger:** attorneys for Removing Parties, NITV Federal Services, LLC, Lourdes Irimia a/k/a Lourdes Humble and Charles Humble: amanda.klopp@akerman.com; eyal.berger@akerman.com;

**ZAPPOLO & FARWELL, P.A.**
Attorneys for Michael R. Bakst, Trustee in Bankruptcy
7108 Fairway Drive, Suite 322
Palm Beach Gardens, FL 33418
(561) 627-5000 (telephone)
(561) 627-5600 (facsimile)
szappolo@zappolofarwell.com
filings@zappolofarwell.com
jfarwell@zappolofarwell.com

By: /S/ Scott W. Zappolo
    SCOTT W. ZAPPOLO
    Florida Bar Number: 132438