Filing # 162356871 E-Filed 12/05/2022 11:06:20 AM

**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                      Case No. 21-18481 -BKC- MAM
NITV LLC                                    Chapter 7

_____Debtor_____/

Elwood Gary Baker,

_____Plaintiff,
vs.                                         Adversary Proceeding No. 22-01092-MAM
NITV Federal Services, LLC; Lourdes Irimia;
and Charles Humble

_____Defendant_____/
                                            Circuit Court Case No. 50 2005 CA 001771 XXXX MB AE

**TO: CLERK OF COURT**

**TRANSMITTAL OF RECORD TO STATE COURT
PURSUANT TO ORDER OF REMAND**

DOCUMENTS TRANSMITTED:

- ✓ Certified Copy of Order of Remand Entered on 12/5/2022
- ___ Original Bankruptcy File, Including Certified Docket
- ✓ Copies of State Court Documents Filed With Removal Proceeding
- ___ Transcripts of bankruptcy hearings
- ___ *Copy of Bankruptcy File and Notice of Appeal*
- ✓ Other: Copy of Adversary File, including Certified Docket

DATE TRANSMITTED: 12/5/2022

CLERK OF COURT

By: Martha Ortman
    Deputy Clerk

Copies to:
Attorney for Plaintiff                      Telephone: (561) 514-4100
Attorney for Defendant

----------------STATE COURT ACKNOWLEDGMENT----------------

WE HEREBY ACKNOWLEDGE RECEIPT OF THE ABOVE REFERENCED BANKRUPTCY FILE.

CLERK OF COURT

DATE: 12/12/2022                            By: _____
                                                Deputy Clerk

PLEASE RETURN COPY TO BANKRUPTCY COURT UPON COMPLETION

☐ 301 N. Miami Avenue, Miami, Florida 33128
☐ 299 E. Broward Blvd., Ft. Lauderdale, Florida 33301
☒ 1515 North Flagler Drive, West Palm Beach, Florida 33401

(rev. 01/22/21)